The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FREDERICK L. BLUE,<br><br>    Plaintiff,<br><br>v.<br><br>QUANTUM COAST PROPERTY MANAGEMENT, COMPASS HOUSING ALLIANCE.<br><br>    Defendants. | NO. 2:20-cv-01134-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

It is hereby stipulated and agreed by and between the parties hereto that the above-entitled matter has been fully settled and compromised between Plaintiff Frederick L. Blue and Defendants Quantum Coast Property Management and Compass Housing Alliance, and may be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF
DISMISSAL- 1
2:20-cv-01134-JLR

SIMMONS | SWEENEY | SMITH PS
SEATTLE/BELLEVUE
11811 NE 1ST STREET SUITE 200
BELLEVUE WA 98005

BELLINGHAM (MAIL/SERVICE)
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225

PHONE: (360) 752-2000 / FAX: (360) 752-2771
Jeff@ssslawgroup.com

_(signature)_

FREDERICK L. BLUE, PRO SE PLAINTIFF

_(signature)_

TYLOR C. LANEY, WSBA #35495
Attorney for Defendant QUANTUM COAST PROPERTY

_(signature)_

JILL SMITH, WSBA #30645
Attorney for Defendant COMPASS HOUSING

## ORDER

Pursuant to the foregoing Stipulation, it is

ORDERED that this cause is hereby dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this 9th day of October, 2020.

_(signature)_

JUDGE James L. Robart

Presented By:
SIMMONS SWEENEY SMITH, P.S.

_(signature)_

JILL SMITH, WSBA #30645
Attorney for Defendant COMPASS HOUSING

STIPULATION AND ORDER OF DISMISSAL- 2
2:20-cv-01134-JLR

SIMMONS | SWEENEY | SMITH PS
SEATTLE/BELLEVUE
11811 NE 1ST STREET SUITE 200
BELLEVUE WA 98005

BELLINGHAM (MAIL/SERVICE)
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225

PHONE: (360) 752-2000 / FAX: (360) 752-2771
Jeff@ssslawgroup.com

1  Copy Received, Approved for Entry:
2  
3  _____
   FREDERICK L. BLUE, PRO SE PLAINTIFF
4  
5  
6  _____
   TYLOR C. LANEY, WSBA #35495
   Attorney for Defendant QUANTUM COAST
7  PROPERTY
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26 STIPULATION AND ORDER OF
   DISMISSAL- 3
   2:20-cv-01134-JLR

SIMMONS | SWEENEY | SMITH PS
SEATTLE/BELLEVUE
11811 NE 1ST STREET SUITE 200
BELLEVUE WA 98005

BELLINGHAM (MAIL/SERVICE)
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225

PHONE: (360) 752-2000 / FAX: (360) 752-2771
Jeff@ssslawgroup.com